ACCEPTED
09-17-00144-CR
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
12/13/2017 2:08 PM
CAROL ANNE HARLEY
CLERK

**NO:09-17-00144-CR**
**TRIAL COURT CASE NO(s) 23828**

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
12/13/2017 2:08:05 PM
CAROL ANNE HARLEY
Clerk

| | | |
|---|---|---|
| | **COURT OF APPEALS** | |
| | **NINTH DISTRICT** | |
| | **BEAUMONT, TEXAS** | |

**CHADWICK SMITH** § **APPEAL FROM THE 356TH DISTRICT**
§ **COURT**
§
**vs.** § **OF**
§
**THE STATE OF TEXAS, APPELLEE** § **HARDIN COUNTY, TEXAS**

**MOTION TO EXTEND THE TIME**
**FOR FILING APPELLANT'S BRIEF**

**TO THE HONORABLE COURT OF APPEALS:**

COMES NOW the Appellant and moves the Court for an extension of time to file a

Appellant's brief in the cause, and in support thereof would show the Court as follows:

I.

On March 30th, 2017, the Appellant plead Guilty, to the offense of Possession of a

Controlled Substance PG 1 Four Grams or More, but less than 200 Grams. On March 30th, 2017

Defendant was sentenced and received Eleven (11) years in the Institutional Division of The Texas

Department of Criminal Justice, under the Cause No. 23828; **THE STATE OF TEXAS VS.**

**CHADWICK SMITH; IN THE 356TH DISTRICT COURT OF HARDIN COUNTY, TEXAS.**

II.

The Appellant timely filed his Notice of Appeal and the Transcript and Statement of Facts

were timely filed herein, and the Appellant's Brief was due to be filed herein on December 13th,

2017. III.

Appellant respectfully requests that this Honorable Court grant an additional extension of

approximately thirty (30) days or until January 12th, 2018, in filing Appellant's Brief

IV.

The such extension is necessary for the following reasons:

1.    Counsel makes this request for extension because he has been scheduled in multiple counties on the felony trial dockets in Jefferson,  Hardin, Liberty, Newton,  and Tyler Counties,  for announcement, pretrial and trial dockets.  Counsel has been heavily scheduled on the Hardin County Dockets, in both the 356th and 88th Judicial District Courts.  Counsel sincerely apologizes to this honorable court for filing an additional extension and wishes to remain in good standing with this Honorable Court, but he prays that the court will grant this second extension to allow the needed time to finalize and file Appellant's Brief to ensure accuracy and eliminate the possibility of error.

2.     As well, counsel respectfully informs the court he has been working on several other briefs, (in the Ninth Court of Appeals), writs  and petitions for discretionary review, during this time of which have required more than the usual amount of time in research and reviewing case law.

3.     Counsel informs the court this extension is not sought for delay, but that justice may be done.

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully requests and prays that this Honorable Court extend the time for the filing of Appellant's Brief herein approximately on January 12th, 2018.

Respectfully submitted,

/s/ Bryan S. Laine
    Bryan S. Laine
    TBN. #24011488
    1045 S. Redwood
    Kountze, Texas 77625
    Tel: (409) 246-4008
    Fax: (409) 246-3645
    bryanlaine@gt.rr.com

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of the foregoing document has been forwarded

to all opposing counsel and parties on this the 13th day of December 2017.

By:/s/ *Bryan S.Laine*
**/s/Bryan S. Laine**
State Bar No. 24011488

**NO:09-17-00144 CR**
**TRIAL COURT CASE NO(s) 23828**

**COURT OF APPEALS**
**NINTH DISTRICT**
**BEAUMONT, TEXAS**

CHADWICK SMITH § APPEAL FROM THE 356Th DISTRICT

                                          § COURT

                                          §

vs.                                      § OF

                                          §

THE STATE OF TEXAS, APPELLEE § HARDIN COUNTY, TEXAS

**O R D E R**

On_____, 2017, came on to be considered CHADWICK

SMITH'S Appellant'S Motion to Extend the Time For Filing Appellant's Brief

and said motion is hereby:

(Granted)    (Denied)

_____

JUDGE PRESIDING